# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JESSIE MITCHELL,** ) | |
|     Plaintiff, ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION: 1:19-00207-KD-MU** |
| **WALTER MYERS,** *et al.,* ) | |
|     Defendant. ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** this action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **4th** day of **December 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**